UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GANIYU JAIYEOLA,

    Plaintiff,                                    Hon. Jane M. Beckering

v.                                                                Case No. 1:22-cv-844

JENNIE BRYAN,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Defendant's Motion for Rule 11 Sanctions. (ECF No. 9). Plaintiff initiated this action against attorney Jennie Bryan alleging misconduct in the course of a state court action in which Bryan represented Plaintiff's wife. Bryan now moves the Court to impose unspecified Rule 11 sanctions against Plaintiff. Pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends that Defendant's motion be denied without prejudice.

Defendant argues that sanctions are appropriate because "Plaintiff's complaint is meritless and subject to dismissal under Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure." Defendant has failed, however, to move for relief under Rules 12(b)(1) or 12(b)(6). In light of Defendant's failure to move for relief under these Rules or otherwise challenge the viability of Plaintiff's claims, the Court finds that Defendant's motion for Rule 11 sanctions is improper and premature. *See, e.g.,*

*Dobronski v. Alarm Management II L.L.C.*, 2019 WL 1232690 at *2 (E.D. Mich., Mar. 18, 2019) (a Rule 11 motion for sanctions is not an appropriate substitute for a properly filed motion under Rule 12 or Rule 56); *Almeida v. Bennet Auto Supply, Inc.*, 335 F.R.D. 463, 466 (S.D. Fla. 2020) (where defendant claims that the institution of a lawsuit was improper, a determination as to the propriety of Rule 11 sanctions cannot be made until the conclusion of the case); *United Specialty Ins. Co. v. Dorn Homes Inc.*, 2020 WL 8416010 at *3 (D. Ariz., Jan. 9, 2020) (same); *Mouzin Brothers Farms, LLC v. Dowdy*, 2022 WL 16841583 at *1 (M.D. Ga., Nov. 9, 2022) (same). Accordingly, the undersigned recommends that Defendant's motion be denied without prejudice.

## CONCLUSION

For the reasons articulated herein, the undersigned recommends that Defendant's Motion for Rule 11 Sanctions (ECF No. 9) be denied without prejudice.

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Respectfully submitted,

Date: December 21, 2022  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge