UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GANIYU AYINLA JAIYEOLA,

    Plaintiff,

v.

JENNIE BOLDISH BRYAN,

    Defendant.

_____/

Case No. 1:22-cv-844

HON. JANE M. BECKERING

## ORDER

This is a civil action involving a *pro se* litigant.  Defendant filed a Motion for Sanctions under Fed. R. Civ. P. 11 (ECF No. 9).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 16) on December 21, 2022, recommending that this Court deny without prejudice the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 16) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Sanctions under Fed. R. Civ. P. 11 (ECF No. 9) is DENIED without prejudice.

Dated: January 12, 2023

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge